# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**MULCH MANUFACTURING INC.,**

        **Plaintiff,**

        **v.**

**ADVANCED POLYMER
SOLUTIONS, LLC,** *et al.,*

        **Defendants.**

**Case No. 2:11-CV-00325**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Terence P. Kemp**

## ORDER

This matter is before the Court for consideration of Defendants' Motion for Leave to

Attend Settlement Conference by Telephone and to Excuse Personal Attendance.  (ECF No. 55.)

Defendants fail to show sufficient cause to excuse personal attendance at the May 28, 2013

Settlement Conference.  Accordingly, the Motion is **DENIED.**

    **IT IS SO ORDERED.**


_____4-29-2013_____
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**