UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MULCH MANUFACTURING INC.,

    Plaintiff,

v.

ADNVANCED POLYMER
SOLUTIONS, LLC, *et al.*,

    Defendants.

Case No. 2:11-CV-00325
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

The parties have informed the Court that this case is settled. Accordingly, the current trial schedule is **VACATED**. The parties are **DIRECTED** to file a **JOINT STATUS REPORT** thirty (30) days from the date of this Order unless they have filed an appropriate dismissal entry prior to that time.

**IT IS SO ORDERED.**

_____6-3-2013_____
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE