UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MULCH MANUFACTURING, INC.,

    Plaintiff,

v.

ADVANCED POLYMER SOLUTIONS, LLC, et al.,

    Defendants.

Case No. 2:11-CV-325
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terrence P. Kemp

## AGREED DISMISSAL ORDER

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the undersigned counsel for the respective parties hereby state that this matter has been settled. They also request that the Court dismiss all claims filed by Plaintiff, Mulch Manufacturing, Inc., against Defendants, Advanced Polymer Solutions, LLC and John M. Ryan, with prejudice, with each party to bear their own costs. Accordingly, the Court **ORDERS** that Plaintiff's claims are dismissed with prejudice, with each party to bear their own costs, and the Court **ORDERS** that it shall retain jurisdiction to enforce the terms of the parties' settlement agreement in this matter.

    IT IS SO ORDERED.

11-26-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

1

Agreed and stipulated,

| | |
|---|---|
| *s/ Alexander B. Reich* | *s/ David J. Butler* |
| JEFFREY J. LAUDERDALE (0074859) | DAVID J. BUTLER (0068455) |
| ALEXANDER B. REICH (0084869) | STEPHEN C. FITCH (0022322) |
| CALFEE, HALTER & GRISWOLD LLP | TAFT STETTINIUS & HOLLISTER LLP |
| The Calfee Building | 65 East State Street, Suite 1000 |
| 1405 East Sixth Street | Columbus, Ohio 43215 |
| Cleveland, Ohio 44114-1607 | (614) 221-2838 (Phone) |
| (216) 622-8200 (Phone) | (614) 221-2007 (Fax) |
| (216) 241-0816 (Fax) | *dbutler@taftlaw.com* |
| *jlauderdale@calfee.com* | *sfitch@taftlaw.com* |
| *areich@calfee.com* | |
| | |
| Attorneys for Defendants | Attorneys for Plaintiff |
| Advanced Polymer Solutions, LLC | Mulch Manufacturing, Inc. |
| and John M. Ryan | |

2